UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

In re:                                                                                                          Bankr. Case No. 19-23273-GLT-13

Jeffrey T. Rees and Jennifer L. Rees                                                                Chapter 13
    Debtor(s)

### REQUEST FOR NOTICE

    Pursuant to Rule 2002(g), Americredit Financial Services, Inc. dba GM Financial hereby requests that all notices, pleadings and other documents in this case be served upon it at the following address:

        Americredit Financial Services, Inc. dba GM Financial
        PO Box 183853
        Arlington, TX  76096

By  /s/  Mandy Youngblood

        Mandy Youngblood
        PO Box 183853
        Arlington, TX  76096
        877-203-5538
        877-259-6417
        Customer.service.bk@gmfinancial.com

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

In re:                                                                          Bankr. Case No. 19-23273-GLT-13

Jeffrey T. Rees and Jennifer L. Rees                                                       Chapter 13
    Debtor(s)

**Certificate of Service**
This Request for Notice was served electronically on the following individuals on August 30, 2019 :

    KENNETH STEIDL                                      Ronda Winnecour
    707 GRANT ST                                           600 Grant Street
    PITTSBURGH, PA  15219                        Suite 3250 USX Tower
                                                              Pittsburgh, PA 15219

                                                          By /s/ Mandy Youngblood
                                                                Mandy Youngblood

xxxxx07508 / 998475