IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| Jeffrey T. Rees, ) | Case No. 19-23273 GLT |
| Jennifer L. Rees ) | Chapter 13 |
|    Debtors ) | |
| ) | Related to Docket No. 19-20 |
| ) | Hearing Date and Time |
| ) | October 8, 2019 at 10:30am |
| Jeffrey T. Rees, ) | |
| Jennifer L. Rees ) | |
|    Movant ) | |
| ) | |
| vs. ) | |
| ) | |
| Pinnacle Credit Services, LLC ) | |
| c/o Resurgent Capital Services ) | |
|    Respondent ) | |

## CERTIFICATION OF NO OBJECTION REGARDING OBJECTION TO RESPONDENT'S CLAIM 3

    The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Objection to Respondent's Claim 3 filed on August 27, 2019 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Objection to Respondent's Claim 3 appears thereon. Pursuant to the Notice of Hearing, objections for Objection to Respondent's Claim 3 were to be filed and served no later than September 26, 2019**.**

    It is hereby respectfully requested that the Order attached to the Objection to Respondent's Claim 3 be entered by the Court.

    Respectfully submitted,

September 27, 2019      /s/ Kenneth Steidl
Date      Kenneth Steidl, Esquire
    Attorney for the Debtor
    STEIDL & STEINBERG
    707 Grant Street
    Suite 2830, Gulf Tower
    Pittsburgh, PA 15219
    (412) 391-8000
    Ken.steidl@steidl-steinberg.com
    PA I.D. No. 34965