Form 149

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Jeffrey T. Rees**
**Jennifer L. Rees**
**fka Jennifer L. Ludwig**
    Debtor(s)

Bankruptcy Case No.: 19–23273–GLT
Issued Per 9/23/2019 Proceeding
Chapter: 13
Docket No.: 27 – 5
Concil. Conf.: February 27, 2020 at 10:00 AM

**ORDER OF COURT CONFIRMING PLAN AS MODIFIED**
**AND SETTING DEADLINES FOR CERTAIN ACTIONS**

*(1.) PLAN CONFIRMATION:*

    IT IS HEREBY ORDERED that upon consent of the Debtor(s), the Chapter 13 Plan dated August 19, 2019 is CONFIRMED as modified at the Plan confirmation hearing. Terms of the Plan not expressly modified by this Order remain in full force and effect. A copy of this Plan was previously mailed to you. *Only those provisions which are checked below apply to this case:*

☐ A.     For the remainder of the Plan term, the periodic Plan payment is amended to be $ as of . Debtor(s)' counsel shall file a motion to amend the income attachment order within seven (7) days of the date of this Order.

☐ B.     The length of the Plan is increased to a total of months. This statement of duration of the Plan is an approximation. The Plan shall not be completed until the goals of the Plan have been achieved. The total length of the Plan shall not exceed sixty (60) months.

☑ C.     Plan confirmation is on an interim basis only as a form of adequate protection. The Trustee is authorized to distribute to secured and priority creditors with percentage fees. *A final plan conciliation conference will be held on Feb. 27, 2020 at 10:00 AM, in 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.* If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

☐ D.     Plan confirmation is subject to the resolution of all actions to determine the avoidability, priority, or extent of liens; including determination of the allowed amount of secured claims under *11 U.S.C. §506*, disputes over the amount and allowance of claims entitled to priority under *11 U.S.C. §507*, and all objections to claims.

☐ E.     The allowed claims of general unsecured creditors shall be paid from available funds on a pro rata basis, which may represent an increase or decrease in the amount projected in the Plan.

☐ F.     shall be paid monthly payments of $ beginning with the Trustee's distribution and continuing for the duration of the plan term, to be applied by that creditor to it's administrative claim, budget payments and/or security deposit. These payments shall be at the third distribution level.

☑ G.     The claims of the following creditors shall govern as to amount, classification and rate of interest (or as otherwise noted), unless the Debtor(s) successfully objects to the claim: Claim No. 5 of Americredit Financial .

☐ H.     Additional Terms:

*(2.)    IT IS FURTHER ORDERED THAT THE FOLLOWING DEADLINES ARE ESTABLISHED:*

**A.    Objections to the Plan.** Pursuant to *Fed.R.Bankr.P. 2002(b)*, this Order shall not become final for a period of twenty−eight (28) days. Any party in interest with an objection to any provision of this Confirmation Order must file a written objection within that twenty−eight (28) day period. Failure to timely object shall be deemed a waiver of all objections and an acceptance of the provisions of this confirmed Plan. The Trustee may disburse funds pursuant to this confirmation order upon it's entry.

**B.    Applications to retain brokers, sales agents, or other professionals.** If the Plan contemplates sales of assets or litigation proceeds as a source of funding, Debtor(s) shall file motion(s) to employ the necessary professionals within thirty (30) days hereof.

**C.    Review of Claims Docket and Objections to Claims.** Pursuant to *W.PA.LBR 3021−1(c)(2)*, the Debtor or Debtor's attorney, if represented, shall review the proofs of claim filed and shall file objections to any disputed claims within ninety (90) days after the claims bar date or, for late filed or amended claims, within ninety (90) days after they are filed and served. Absent an objection, the proof of claim will govern as to the classification and amount of the claim. Objections filed after the ninety (90) days specified herein shall be deemed untimely.

**D.    Motions or Complaints Pursuant to §§506, 507 or 522.** All actions to determine the priority, avoidability, or extent of liens, all actions pursuant to *11 U.S.C. §§506, 507 and 522* shall be filed within ninety (90) days after the claims bar date.

**E.    Filing Amended Plans.** Within fourteen (14) days after the Bankruptcy Court resolves the priority, avoidability, or extent of a lien, or any objection to claim, the Debtor(s) shall file an amended Plan to provide for the allowed amount of the claim if the allowed amount differs from the amount stated in the plan. Debtor(s) shall also file an amended Plan within thirty (30) days after the claims bar date(s) in the event that no objection is filed and the claim(s) as filed causes the Plan to be underfunded.

*(3.)*  **IT IS FURTHER ORDERED THAT:**

**A.**  After the claims objection deadline, the Plan shall be deemed amended to conform to the claims filed or otherwise allowed. If the Plan expressly modified the terms of payment to any creditor pursuant to *11 U.S.C. §1322(b)(2)*, nothing in this Order shall be construed to change the payment terms established in the Plan.

**B.**  Any creditor who files or amends a proof of claim shall serve a copy on the Debtor(s) or counsel for the Debtor(s).

**C.**  Any creditor whose payment changes due to variable interest rates, change in escrow, or change in monthly payments, shall notify the Trustee, Debtor(s)' counsel and Debtor(s) at least twenty–one (21) days prior to the change taking effect.

**D.**  Debtor's counsel must file a fee application in accordance with *W.PA.LBR 2016–1* before attorney fees in excess of the "no look" provision (including retainer) will be allowed or paid.

**E.**  The Trustee shall file a *Certificate of Default and Request for Dismissal* of the case in the event of a material Plan default. If the default involves failure to make a plan payment the case will result in dismissal without further hearing upon filing and service of an *Affidavit of Default* by the Trustee. The Trustee is not precluded from raising pre–confirmation defaults in any subsequent motion to dismiss.

**F.**  In the event that any order is entered in this case granting relief from the automatic stay to a secured creditor, then the Trustee shall make no further disbursements to any creditor on account of any *secured claim* that is secured by the subject property, unless directed otherwise by further Order of Court.

Gregory L. Taddonio, Judge
United States Bankruptcy Court

Dated: September 27, 2019

cc:  All Parties in Interest to be served by Clerk in seven (7) days

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 19-23273-GLT
Jeffrey T. Rees                                                       Chapter 13
Jennifer L. Rees
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2           User: dbas                  Page 1 of 2              Date Rcvd: Sep 27, 2019
                               Form ID: 149                Total Noticed: 41

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 29, 2019.
```
db/jdb         +Jeffrey T. Rees,    Jennifer L. Rees,    302 Aprilmae Way,    Pittsburgh, PA 15237-2748
cr             +Ross Township,   Goehring, Rutter, and Boehm,    437 Grant Street, 14th Floor,   Frick Building,
                 Pittsburgh, PA   15219,    UNITED STATES OF AMERICA 15219-6101
15107613       +Barclays Bank Delaware,    P.o. Box 8803,   Wilmington, DE 19899-8803
15107614       +Barclays Bank Delaware,    Attn: Correspondence,    Po Box 8801,   Wilmington, DE 19899-8801
15107618       +Chase Card Services,   Attn: Bankruptcy,    Po Box 15298,   Wilmington, DE 19850-5298
15107617       +Chase Card Services,   Po Box 15369,    Wilmington, DE 19850-5369
15107625       +FRDM/Citibank,   Citibank Corp/Centralized Bankruptcy,    Po Box 790034,
                 Saint Louis, MO 63179-0034
15107626       +FRDM/Littman/Citibank,    Po Box 6497,   Sioux Falls, SD 57117-6497
15125597       +JPMorgan Chase Bank, N.A.,    s/b/m/t Chase Bank USA, N.A.,
                 c/o Robertson, Anschutz & Schneid, P.L.,   6409 Congress Avenue, Suite 100,
                 Boca Raton, FL 33487-2853
15107631       +Michelle L. Sanginiti, Esq.,    Faloni & Associates, LLC,    1200 Veterans Highway Suite B2,
                 Bristol, PA 19007-2525
15124084        Navient Solutions, LLC. on behalf of,    Ascendium Education Solutions Inc,    PO BOX 8961,
                 Madison, WI 53708-8961
15127372       +Ross Township,   Goehring, Rutter & Boehm,    c/o Jeffrey R. Hunt, Esquire,
                 437 Grant Street, 14th Floor,    Frick Building,   Pittsburgh, PA 15219-6101
15107634       +RoundPoint Mortgage Servicing Corp.,    5032 Parkway Plaza Blvd,   Charlotte, NC 28217-1918
15107635       +RoundPoint Mortgage Servicing Corporatio,    Attn: Bankruptcy,   Po Box 19409,
                 Charlotte, NC 28219-9409
15107640       +Weinberg & Associates,    375 E. Elm Street,   Suite 210,    Conshohocken, PA 19428-1973

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Sep 28 2019 02:44:23
                 Americredit Financial Services, Inc. Dba GM Financ,    P.O Box 183853,
                 Arlington, TX 76096-3853
cr             +E-mail/Text: kburkley@bernsteinlaw.com Sep 28 2019 02:45:10        Duquesne Light Company,
                 c/o Bernstein-Burkley, P.C.,    707 Grant Street, Suite 2200, Gulf Tower,
                 Pittsburgh, PA 15219-1945
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 28 2019 03:03:06
                 PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
15121612        E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Sep 28 2019 02:44:23
                 AmeriCredit Financial Services, Inc.,    dba GM Financial,   P O Box 183853,
                 Arlington, TX 76096
15107612       +E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Sep 28 2019 02:44:23
                 AmeriCredit/GM Financial,   Attn: Bankruptcy,    Po Box 183853,   Arlington, TX 76096-3853
15107611       +E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Sep 28 2019 02:44:23
                 AmeriCredit/GM Financial,   Po Box 181145,    Arlington, TX 76096-1145
15107615        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 28 2019 03:03:04        Capital One,
                 15000 Capital One Dr,    Richmond, VA 23238
15107616       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 28 2019 03:03:43        Capital One,
                 Attn: Bankruptcy,   Po Box 30285,    Salt Lake City, UT 84130-0285
15117251        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 28 2019 03:03:43
                 Capital One Bank (USA), N.A.,    by American InfoSource as agent,    PO Box 71083,
                 Charlotte, NC   28272-1083
15107619       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Sep 28 2019 02:44:25
                 Comenity Bank/New York & Co.,    Po Box 182789,   Columbus, OH 43218-2789
15107620        E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Sep 28 2019 02:44:25        Comenitybank/New York,
                 Attn: Bankruptcy,   Po Box 18215,    Columbus, OH 43218
15107623        E-mail/Text: mrdiscen@discover.com Sep 28 2019 02:44:18        Discover Financial,
                 Attn: Bankruptcy Department,    Po Box 15316,   Wilmington, DE 19850
15107621        E-mail/Text: mrdiscen@discover.com Sep 28 2019 02:44:18        Discover Financial,   PO Box 15316,
                 Wilmington, DE 19850
15111091        E-mail/Text: mrdiscen@discover.com Sep 28 2019 02:44:18        Discover Bank,
                 Discover Products Inc,   PO Box 3025,    New Albany, OH  43054-3025
15107627       +E-mail/Text: bncnotices@becket-lee.com Sep 28 2019 02:44:20        Kohls/Capital One,
                 N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-5660
15107628       +E-mail/Text: bncnotices@becket-lee.com Sep 28 2019 02:44:20        Kohls/Capital One,
                 Kohls Card Support/Bankruptcy,    Po Box 3120,   Milwaukee, WI 53201-3120
15107630       +E-mail/PDF: resurgentbknotifications@resurgent.com Sep 28 2019 03:02:40
                 LVNV Funding/Resurgent Capital,    Attn: Bankruptcy,    Po Box 10497,
                 Greenville, SC 29603-0497
15107629       +E-mail/PDF: resurgentbknotifications@resurgent.com Sep 28 2019 03:02:42
                 LVNV Funding/Resurgent Capital,    Po Box 1269,   Greenville, SC 29602-1269
15107632       +E-mail/PDF: pa_dc_claims@navient.com Sep 28 2019 03:02:31        Navient,   Po Box 9500,
                 Wilkes Barre, PA 18773-9500
15107633       +E-mail/PDF: pa_dc_claims@navient.com Sep 28 2019 03:03:46        Navient,   Attn: Bankruptcy,
                 Po Box 9640,   Wilkes-Barre, PA 18773-9640
15124084        E-mail/Text: GUARBKe-courtdocs@ascendiumeducation.org Sep 28 2019 02:44:18
                 Navient Solutions, LLC. on behalf of,    Ascendium Education Solutions Inc,    PO BOX 8961,
                 Madison, WI 53708-8961
```

```
District/off: 0315-2          User: dbas              Page 2 of 2              Date Rcvd: Sep 27, 2019
                              Form ID: 149            Total Noticed: 41
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
15111689          E-mail/PDF: resurgentbknotifications@resurgent.com Sep 28 2019 03:02:39
                   Pinnacle Credit Services, LLC,   Resurgent Capital Services,   PO Box 10587,
                   Greenville, SC 29603-0587
15107637         +E-mail/PDF: gecsedi@recoverycorp.com Sep 28 2019 03:03:42      Syncb/Levin Furniture,
                   Attn: Bankruptcy,   Po Box 965060,   Orlando, FL 32896-5060
15107636         +E-mail/PDF: gecsedi@recoverycorp.com Sep 28 2019 03:03:02      Syncb/Levin Furniture,
                   Po Box 965036,   Orlando, FL 32896-5036
15108376         +E-mail/PDF: gecsedi@recoverycorp.com Sep 28 2019 03:03:02      Synchrony Bank,
                   c/o of PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
15107639         +E-mail/PDF: gecsedi@recoverycorp.com Sep 28 2019 03:03:03      Synchrony Bank/ Old Navy,
                   Attn:  Bankruptcy,   Po Box 965060,   Orlando, FL 32896-5060
15107638         +E-mail/PDF: gecsedi@recoverycorp.com Sep 28 2019 03:03:02      Synchrony Bank/ Old Navy,
                   Po Box 965005,   Orlando, FL 32896-5005
                                                                                              TOTAL: 27

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr               RoundPoint Mortgage Servicing Corporation
15122190*       ++AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL,   PO BOX 183853,   ARLINGTON TX 76096-3853
                 (address filed with court:   Americredit Financial Services, Inc.,   Dba GM Financial,
                   P.O Box 183853,   Arlington, TX 76096)
15107624*       ++DISCOVER FINANCIAL SERVICES LLC,   PO BOX 3025,   NEW ALBANY OH 43054-3025
                 (address filed with court:   Discover Financial,   Attn: Bankruptcy Department,   Po Box 15316,
                   Wilmington, DE 19850)
15107622*       ++DISCOVER FINANCIAL SERVICES LLC,   PO BOX 3025,   NEW ALBANY OH 43054-3025
                 (address filed with court:   Discover Financial,   Pob 15316,   Wilmington, DE 19850)
                                                                                 TOTALS: 1, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 29, 2019                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 27, 2019 at the address(es) listed below:
```
          James Warmbrodt    on behalf of Creditor    RoundPoint Mortgage Servicing Corporation
           bkgroup@kmllawgroup.com
          Jeffrey R. Hunt    on behalf of Creditor    Ross Township jhunt@grblaw.com, cnoroski@grblaw.com
          Kenneth Steidl    on behalf of Debtor Jeffrey T. Rees julie.steidl@steidl-steinberg.com,
           ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@st
           eidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-ste
           inberg.com
          Kenneth Steidl    on behalf of Joint Debtor Jennifer L. Rees julie.steidl@steidl-steinberg.com,
           ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@st
           eidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-ste
           inberg.com
          Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
           jbluemle@bernsteinlaw.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                              TOTAL: 7
```