IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | ) |
| | ) |
| Jeffrey T. Rees, | ) Case No. 19-23273 GLT |
| Jennifer L. Rees | ) Chapter 13 |
|    Debtors | ) |
| | ) Docket No. |
| | ) |
| | ) |
| Jeffrey T. Rees, | ) |
| Jennifer L. Rees | ) |
|    Movant | ) |
| | ) |
| | ) |
| | ) |
| vs. | ) |
| | ) |
| Pinnacle Credit Services, LLC | ) |
| c/o Resurgent Capital Services | ) |
|    Respondent | ) |

**CERTIFICATE OF SERVICE**

    I, the undersigned, hereby certify that on October 1, 2019, a true and correct copy of the *Modified Order of Court dated September 30, 2019* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

Ronda J. Winnecour, Trustee  
Suite 3250, USX Tower  
600 Grant Street  
Pittsburgh, PA 15219

Pinnacle Credit Services, LLC  
c/o Resurgent Capital Services  
Attn: David Lamb Claims Processor  
PO Box 10587  
Greenville, SC 29603-0587

Office of the United States Trustee  
Suite 970, Liberty Center  
1001 Liberty Avenue  
Pittsburgh, PA 15222

Jeffrey T. & Jennifer L. Rees  
302 Aprilmae Way  
Pittsburgh, PA 15237

Date of Service: October 1, 2019

/s/ Kenneth Steidl  
Kenneth Steidl, Esquire  
Attorney for the Debtor  
STEIDL & STEINBERG  
707 Grant Street  
Suite 2830, Gulf Tower  
Pittsburgh, PA 15219  
(412) 391-8000  
Ken.steidl@steidl-steinberg.com  
PA I.D. No. 34965