IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| Jeffrey T. Rees ) | Case No. 19-23273-GLT |
| Jennifer L. Rees, ) | Chapter 13 |
|     Debtor(s) ) | Related to Document No. 43 |
| ) | |
| Jennifer L. Rees, ) | |
|     Movant(s) ) | |
| Social Security No. XXX-XX- 8473 ) | |
| ) | |
| vs. ) | |
| ) | |
| KinderCare Education LLC and ) | |
| Ronda J. Winnecour, Trustee ) | |
|     Respondent(s) ) | |

## CERTIFICATE OF SERVICE

    I, the undersigned, hereby certify that on November 13, 2020, a true and correct copy of the *Amended Order To Pay Trustee* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

Jennifer L. Rees
302 Aprilmae Way
Pittsburgh, PA 15237

KinderCare Education LLC
Attn: Payroll
650 NE Holladay Street
Suite 1400
Portland, OR 97232

**Served by ECF: Ronda J. Winnecour, Trustee**

Date of Service:    November 13, 2020    /s/ Kenneth Steidl
    Kenneth Steidl, Esquire
    STEIDL & STEINBERG
    28th Floor, Gulf Tower
    707 Grant Street
    Pittsburgh, PA 15219
    (412) 391-8000
    PA I.D. 34965