**2100 B (12/15)**

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA
Case No. 19-23273-GLT
Chapter 13

In re: Debtor(s) (including Name and Address)

Jeffrey T. Rees
302 Aprilmae Way
Pittsburgh PA 15237

Jennifer L. Rees
302 Aprilmae Way
Pittsburgh PA 15237

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 12/09/2020.

Name and Address of Alleged Transferor(s):

Claim No. 17: RoundPoint Mortgage Servicing Corporation, 446 Wrenplace Road, Fort Mill, SC 29715

Name and Address of Transferee:

Freedom Mortgage Corporation
10500 Kincaid Drive
Fishers, IN 46037-9764

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:  12/12/20

Michael R. Rhodes
**CLERK OF THE COURT**

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                          Case No. 19-23273-GLT

Jeffrey T. Rees                                                                          Chapter 13

Jennifer L. Rees

        Debtor(s)

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: aala | Page 1 of 2 |
| Date Rcvd: Dec 10, 2020 | Form ID: trc | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol        Definition**

+                    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 12, 2020:**

**Recip ID              Recipient Name and Address**
15148211            +  RoundPoint Mortgage Servicing Corporation, 446 Wrenplace Road, Fort Mill, SC 29715-0200

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 12, 2020                              Signature:              /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 9, 2020 at the address(es) listed below:**

**Name                            Email Address**

Brian Nicholas
                                    on behalf of Creditor RoundPoint Mortgage Servicing Corporation bnicholas@kmllawgroup.com

Jeffrey R. Hunt
                                    on behalf of Creditor Ross Township jhunt@grblaw.com  cnoroski@grblaw.com

Kenneth Steidl
                                    on behalf of Debtor Jeffrey T. Rees julie.steidl@steidl-steinberg.com
                                    ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com

Kenneth Steidl
                                    on behalf of Joint Debtor Jennifer L. Rees julie.steidl@steidl-steinberg.com
                                    ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com

District/off: 0315-2                                  User: aala                                              Page 2 of 2
Date Rcvd: Dec 10, 2020                              Form ID: trc                                          Total Noticed: 1

Keri P. Ebeck
                    on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com

Office of the United States Trustee
                    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
                    cmecf@chapter13trusteewdpa.com

S. James Wallace
                    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com


TOTAL: 8