IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF
PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| Jeffrey T. Rees ) | Case No. 19-23273-GLT |
| Jennifer L. Rees, ) | Chapter 13 |
| Debtor(s) ) | Document No. WO-1 |
| ) | |
| Jennifer L. Rees, ) | |
| Movant(s) ) | |
| Social Security No. XXX-XX- 8473 ) | |
| ) | |
| vs. ) | |
| ) | |
| KinderCare Education LLC and ) | |
| Ronda J. Winnecour, Trustee ) | |
| Respondent(s) ) | |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on March 27, 2024, a true and correct copy of the *Amended Order to Pay Trustee* together with Notice of Debtor's Social Security Number was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

Jennifer L. Rees
302 Aprilmae Way
Pittsburgh, PA 15237

KinderCare Education LLC
Attn: Payroll Dept.
650 NE Holladay St.
Suite 1400
Portland, OR 97232

**Service by CM/ECF Mail:**
Ronda Winnecour, Trustee

Date of Service: March 27, 2024         /s/ Kenneth Steidl
                                        Kenneth Steidl, Esquire
                                        Attorney for the Debtor
                                        STEIDL & STEINBERG
                                        2830 Gulf Tower
                                        707 Grant Street
                                        Pittsburgh, PA  15219
                                        (412) 391-8000
                                        ken.steidl@steidl-steinberg.com
                                        PA I.D. No. 34965