Case 19-23273-GLT    Doc 91    Filed 10/10/24    Entered 10/10/24 17:01:59    Desc Main
Document      Page 1 of 1
FILED
10/10/24 4:25 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 19-23273-GLT |
| | : | Chapter: | 13 |
| Jeffrey T. Rees | : | | |
| Jennifer L. Rees | : | | |
| | : | Date: | 10/9/2024 |
| *Debtor(s).* | : | Time: | 01:30 |

## PROCEEDING MEMO

**MATTER:**     # 88 - Motion to Dismiss Case filed by the ch.13 trustee
    # 90 - Response filed by the Debtors

**APPEARANCES**:
    Debtor:    Christopher Frye
    Trustee:    Owen Katz

[2:12]
**NOTES:**
Katz: The Debtor needs to make a payment of $ 2,001.10 to complete the plan.

Frye: The wage attachment remits about $ 2,900 a month. Within 30 days it should be paid and the debtor is taking over long term debts.

Court: By November 27, 2024 at 9a.m. if the remaining amount is funded, I expect the trustee to withdraw her motion.

**OUTCOME:**
1. The *Trustee's Motion to Dismiss* [ Dkt. No 88 ] is **CONTINUED** to November 27, 2024, at 9 a.m. [ Text order ].

**DATED:** 10/9/2024