FILED
11/27/24 3:10 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| Jeffrey T. Rees ) | Case No. 19-23273 GLT |
| Jennifer L. Rees ) | Chapter 13 |
| fka Jennifer L. Ludwig, ) | |
|     Debtor(s) ) | Related dkt. No. 95 |
| ) | |
| ) | |
| Jeffrey T. Rees, ) | |
|     Movant(s) ) | |
| ) | |
| vs. ) | |
| ) | |
| Barclays Bank Delaware, ) | |
|     Respondent(s) ) | |

## MODIFIED DEFAULT
## ORDER OF COURT

AND NOW, to wit, this 27th day of November, 2024 it is hereby ORDERED, ADJUDGED, and DECREED, that pursuant to 11 U.S.C. §522(f)(1)(A) and 11 U.S.C. §522(f)(2)(A), the judgment lien held by the Respondent, Barclays Bank Delaware, against the Debtor at Allegheny County case number AR-19-001465 in the amount of $3,578.22 is avoided unless this case is dismissed prior to discharge being entered, at which point the judgment lien is reinstated.

Upon entry of a discharge order in this bankruptcy case, a certified copy of this Order can be recorded with the Allegheny County Prothonotary as evidence of the avoiding of the judgment lien.

The relief provided in this Order is subject to 11 U.S.C. §348(f) and §349(b) in the event the main bankruptcy case is dismissed or converted to a Chapter 7 proceeding.

Prepared by:  Kenneth Steidl, Esq.

**DEFAULT ENTRY**

Dated: November 27, 2024

_____
Gregory L. Taddonio   hct
Chief United States Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-23273-GLT |
| Jeffrey T. Rees | Chapter 13 |
| Jennifer L. Rees | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Nov 27, 2024 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 29, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Jeffrey T. Rees, Jennifer L. Rees, 302 Aprilmae Way, Pittsburgh, PA 15237-2748 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 29, 2024        Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 27, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise Carlon | on behalf of Creditor RoundPoint Mortgage Servicing Corporation dcarlon@kmllawgroup.com |
| Jeffrey Hunt | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |
| Jeffrey R. Hunt | on behalf of Creditor Ross Township jhunt@grblaw.com |
| Kenneth Steidl | on behalf of Joint Debtor Jennifer L. Rees julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com |
| Kenneth Steidl | on behalf of Debtor Jeffrey T. Rees julie.steidl@steidl-steinberg.com |

| | |
|---|---|
| | ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| Lauren Moyer | on behalf of Creditor Nationstar Mortgage LLC as Servicer for U.S. Bank National Association  not in its individual capacity but solely as trustee for RMTP Trust, Series 2021 Cottage-TT-V bkecf@friedmanvartolo.com, bankruptcy@friedmanvartolo.com |
| Lauren Moyer | on behalf of Creditor Rushmore Loan Management Services  LLC as servicer for U.S. Bank National Association, not in its individual capacity but solely as trustee for RMTP Trust, Series 2021 Cottage-TT-V bkecf@friedmanvartolo.com, bankruptcy@friedmanvartolo.com |
| Mario J. Hanyon | on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com  mario.hanyon@brockandscott.com |
| Mario J. Hanyon | on behalf of Creditor Freedom Mortgage Corporate wbecf@brockandscott.com  mario.hanyon@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com |

TOTAL: 13