**Fill in this information to identify the case:**

Debtor 1: Jeffrey T. Rees

Debtor 2 (Spouse, if filing): Jennifer L. Rees fka Jennifer L. Ludwig

United States Bankruptcy Court for the: Western District of Pennsylva (State)

Case number: 19-23273-GLT

# Form 4100R

## Response to Notice of Final Cure Payment

10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

### Part 1: Mortgage Information

**Name of creditor:** U.S. Bank National Association, not in its individual capacity but solely as trustee for RMTP Trust, Series 2021 Cottage-TT-V

**Court claim no.** (if known): 17-1

**Last 4 digits** of any number you use to identify the debtor's account: 4568

**Property address:** 302 Aprilmae Way
Number    Street

Pittsburgh    PA    15237
City    State    ZIP Code

### Part 2: Prepetition Default Payments

Check one:

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is: $ _____

### Part 3: Postpetition Mortgage Payment

Check one:

☒ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: 11 / 01 / 2024
MM / DD / YYYY

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:    (a) $ _____

b. Total fees, charges, expenses, escrow, and costs outstanding:    + (b) $ _____

c. **Total**. Add lines a and b.    (c) $ _____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:    ___/___/_____
MM / DD / YYYY

| Debtor 1 | Jeffrey T. Rees | Case number (if known) | 19-23273-GLT |
|---|---|---|---|
| | First Name   Middle Name   Last Name | | |

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.

*Check the appropriate box::*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

X /s/ Lauren M. Moyer
Signature

Date 12/12/2024

Print: Lauren M. Moyer
First Name   Middle Name   Last Name

Title: _____

Company: Friedman Vartolo LLP

If different from the notice address listed on the proof of claim to which this response applies:

Address: 1325 Franklin Avenue, Suite 160
Number   Street

Garden City   NY   11530
City   State   ZIP Code

Contact phone (212) 471-5100

Email bankruptcy@friedmanvartolo.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | Jeffrey T. Rees & Jennifer L. Rees *fka* *Jennifer L. Ludwig*, <br> Debtor | : Bankruptcy No.: 19-23273-GLT <br> : <br> : Chapter 13 <br> : |
| | Rushmore Servicing as servicer for U.S. Bank National Association, not in its individual capacity but solely as trustee for RMTP Trust, Series 2021 Cottage-TT-V | : <br> : Related to Document No. <br> : <br> : <br> : Hearing Date and Time: |
| | v. | : <br> : |

Jeffrey T. Rees
Jennifer L. Rees fka Jennifer L. Ludwig
Ronda J. Winnecour
        Respondents

**CERTIFICATE OF SERVICE OF RESPONSE TO NOTICE OF FINAL CURE**

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on December 12, 2024.

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: <u>first-class mail and electronic notification</u>.

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each party served by mail, is listed under the heading "Service by First-Class Mail."

EXECUTED ON: December 12, 2024

                                                           By: <u>*/s/ Lauren M. Moyer*</u>,
                                                           Lauren M. Moyer, Esq
                                                           FRIEDMAN VARTOLO LLP
                                                           Attorneys for Movant
                                                           1325 Franklin Avenue, Suite 160
                                                           Garden City, New York 11530
                                                           T: (212) 471-5100
                                                           F: (212) 471-5150
                                                          [bankruptcy@friedmanvartolo.com](mailto:bankruptcy@friedmanvartolo.com)

**Service by Regular Mail**

Jeffrey Rees
302 Aprilmae Way
Pittsburgh, PA 15237
***Bankruptcy Debtor***

Jennifer Rees
302 Aprilmae Way
Pittsburgh, PA 15237
***Bankruptcy Co-Debtor***

**Service by NEF**

Kenneth Steidl
Suite 2830 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219
***Attorney***

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street,
Pittsburgh, PA 15219
***Bankruptcy Trustee***

Office of the United States Trustee
1000 Liberty Avenue,
Suite 1316
Pittsburgh, PA 15222
***United States Trustee***