FILED
2/6/25 5:06 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | |
| Jeffrey T. Rees | ) | Case No. 19-23273 GLT |
| Jennifer L. Rees | ) | |
|    Debtor | ) | Chapter 13 |
| | ) | Document No. 117 |
| Steidl and Steinberg, P.C. | ) | |
|    Applicant | ) | |
| | ) | |
|    vs. | ) | |
| | ) | |
| Office of the U.S. Trustee, Ronda J. Winnecour, | ) | |
| Trustee, Dept. of Revenue, AmeriCredit Financial | ) | |
| Services/GM Financial, Barclays Bank Delaware, | ) | |
| Capital One/Kohl's, JP Morgan Chase, CitiBank, | ) | |
| Comenity Bank/New York & Co., Discover Bank, | ) | |
| FRDM/CitiBank/Littman, Freedom Mortgage Corp., | ) | |
| Jefferson Capital Systems, LVNV Funding/Resurgent | ) | |
| Capital, NationStar Mortgage, Navient, PRA | ) | |
| Receivables, Peoples Natural Gas, Pinnacle Credit | ) | |
| Services, Portfolio Recovery Assoc., Quantum3 Group, | ) | |
| Ross Township, Roundpoint Mortgage, Rushmore Loan | ) | |
| Management Services, Synchrony/Levin/Old Navy, U.S. | ) | |
| Bank National Assoc., | ) | |
|    Respondents | ) | |

**<u>ORDER OF COURT</u>**

AND NOW, to-wit this __6th__ day of __February__, 2025, after consideration of the Application for Final Compensation by Counsel for Debtor it is hereby ORDERED, ADJUDGED and DECREED that:

1. The Application for Final Compensation is approved in the additional amount of $6,885.00 for work performed in the Chapter 13 case by Debtors' counsel from April 12, 2019, to January 16, 2025,

2. The Debtors paid their counsel for administrative costs and expenses totaling $500.00 (which included the court filing fee of $310.00) prior to case filing. Expenses reimbursement of $0.00 is being requested here.

3. Before the approval of this Fee Application, the Debtor's counsel was paid a $600.00 retainer prior to filing and has been paid, or is approved (in prior plan(s)) to be paid, $3,400.00 by the Chapter 13 Trustee. With the approval of this Fee Application, the total amount of allowed

fees in this case for Debtor's counsel is $10,885.00, with the total to be paid through the Plan by the Trustee being up to $10,285.00 (representing the $3,400.00 previously approved to be paid (as set forth above), and a remaining amount up to $6,885.00 to be paid from any funds the Chapter 13 Trustee may have on hand after the goals of the plan are achieved but before a Debtor Refund is issued,

4. The fees requested will not decrease the amount to be paid to other creditors being paid through the Chapter 13 Plan;

5. The clerk shall record the total additional compensation as $6,885.00.

DEFAULT ENTRY

Dated: 2/6/25

Prepared by Kenneth Steidl, Esq.

Hon. Gregory L. Taddonio
United States Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-23273-GLT |
| Jeffrey T. Rees | Chapter 13 |
| Jennifer L. Rees | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Feb 07, 2025 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 09, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Jeffrey T. Rees, Jennifer L. Rees, 302 Aprilmae Way, Pittsburgh, PA 15237-2748 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 09, 2025     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 7, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise Carlon | on behalf of Creditor RoundPoint Mortgage Servicing Corporation dcarlon@kmllawgroup.com |
| Jeffrey Hunt | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |
| Jeffrey R. Hunt | on behalf of Creditor Ross Township jhunt@grblaw.com |
| Kenneth Steidl | on behalf of Joint Debtor Jennifer L. Rees julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;bwilhelm@steidl-steinberg.com |
| Kenneth Steidl | on behalf of Debtor Jeffrey T. Rees julie.steidl@steidl-steinberg.com |

| | |
|---|---|
| | ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;bwilhelm@steidl-steinberg.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| Lauren Moyer | on behalf of Creditor Rushmore Servicing as servicer for U.S. Bank National Association  not in its individual capacity but solely as trustee for RMTP Trust, Series 2021 Cottage TT-V bkecf@friedmanvartolo.com, bankruptcy@friedmanvartolo.com |
| Lauren Moyer | on behalf of Creditor Nationstar Mortgage LLC as Servicer for U.S. Bank National Association  not in its individual capacity but solely as trustee for RMTP Trust, Series 2021 Cottage-TT-V bkecf@friedmanvartolo.com, bankruptcy@friedmanvartolo.com |
| Lauren Moyer | on behalf of Creditor Rushmore Loan Management Services  LLC as servicer for U.S. Bank National Association, not in its individual capacity but solely as trustee for RMTP Trust, Series 2021 Cottage-TT-V bkecf@friedmanvartolo.com, bankruptcy@friedmanvartolo.com |
| Mario J. Hanyon | on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com  mario.hanyon@brockandscott.com |
| Mario J. Hanyon | on behalf of Creditor Freedom Mortgage Corporate wbecf@brockandscott.com  mario.hanyon@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com |

TOTAL: 14