IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN RE:** | ) | |
| | ) | |
| **Jeffrey T. Rees** | ) | **Case No. 19-23273 GLT** |
| **Jennifer L. Rees,** | ) | **Chapter 13** |
|     **Debtor(s)** | ) | |
| | ) | |
| | ) | **Docket No.** |
| | ) | |
| **Jeffrey T. Rees** | ) | |
| **Jennifer L. Rees,** | ) | |
|     **Movant(s)** | ) | |
| | ) | |
|     vs. | ) | |
| | ) | |
| **No Respondent(s)** | ) | |
| | ) | |

## DEBTORS' CERTIFICATION OF DISCHARGE ELIGIBILITY

1. The Debtors have made all payments required by the Chapter 13 Plan.

2. Include whichever one of the two following statements applies:
   The Debtors are not required to pay any Domestic Support Obligations.

3. The Debtors are entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtors have not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtors ineligible for a discharge.

4. On November 4, 2024 at docket number 93 and 94, the Debtors complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Post-Petition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

   This Certification is being signed under penalty of perjury by (*include whichever one of the two following statements applies):* Undersigned Counsel duly questioned Debtor(s) about the statements in this Certification and verified the answers in support of this Certification.

|  | Respectfully submitted, |
|---|---|
| February 25, 2025 | /s/ Kenneth Steidl |
| DATE | Kenneth Steidl, Esquire |
|  | Attorney for the Debtor(s) |
|  | STEIDL & STEINBERG |
|  | 436 Seventh Avenue |
|  | Suite 322 |
|  | Pittsburgh, PA  15219 |
|  | (412) 391-8000 |
|  | ken.steidl@steidl-steinberg.com |
|  | PA I.D. No. 34965 |

**PAWB Local Form 24 (07/13)**