IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

FILED
4/18/25 3:24 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
JEFFREY T. REES
JENNIFER L. REES
    Debtor(s)

Ronda J. Winnecour
    Movant
vs.
No Repondents.

Case No.:19-23273

Chapter 13

Related to Docket No. 120

## ORDER OF COURT

AND NOW, this ____ 18th Day of April, 2025 ____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
Gregory L. Taddonio, Chief Judge
United States Bankrutpcy Court

## ENTERED BY DEFAULT

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-23273-GLT |
| Jeffrey T. Rees | Chapter 13 |
| Jennifer L. Rees | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 5 |
| Date Rcvd: Apr 18, 2025 | Form ID: pdf900 | Total Noticed: 56 |

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 20, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jeffrey T. Rees, Jennifer L. Rees, 302 Aprilmae Way, Pittsburgh, PA 15237-2748 |
| cr | + | Nationstar Mortgage LLC as Servicer for U.S. Bank, Friedman Vartolo, LLP, 1325 Franklin Avenue, Garden City, NY 11530-1666 |
| cr | + | Rushmore Servicing as servicer for U.S. Bank Natio, Friedman Vartolo LLP, 1325 Franklin Ave, Suite 160, Garden City, NY 11530, UNITED STATES 11530-1631 |
| 15107626 | + | FRDM/Littman/Citibank, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15107631 | + | Michelle L. Sanginiti, Esq., Faloni & Associates, LLC, 1200 Veterans Highway Suite B2, Bristol, PA 19007-2525 |
| 15107640 | + | Weinberg & Associates, 375 E. Elm Street, Suite 210, Conshohocken, PA 19428-1973 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Apr 19 2025 00:36:00 | Americredit Financial Services, Inc. Dba GM Financ, P.O Box 183853, Arlington, TX 76096-3853 |
| cr | + | Email/Text: Bankruptcy@Freedommortgage.com | Apr 19 2025 00:36:00 | Freedom Mortgage Corporate, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 19 2025 00:50:29 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Apr 19 2025 00:36:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| cr | + | Email/Text: ebnjts@grblaw.com | Apr 19 2025 00:36:00 | Ross Township, Goehring, Rutter, and Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219, UNITED STATES OF AMERICA 15219-6101 |
| cr | ^ | MEBN | Apr 19 2025 00:36:00 | Rushmore Loan Management Services, LLC as servicer, Friedman Vartolo LLP, 1325 Franklin Avenue - Suite 160, Garden City, NY 11530-1631 |
| 15121612 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Apr 19 2025 00:36:00 | AmeriCredit Financial Services, Inc., dba GM Financial, P O Box 183853, Arlington, TX 76096 |
| 15107612 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Apr 19 2025 00:36:00 | AmeriCredit/GM Financial, Attn: Bankruptcy, Po Box 183853, Arlington, TX 76096-3853 |
| 15107611 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Apr 19 2025 00:36:00 | AmeriCredit/GM Financial, Po Box 181145, Arlington, TX 76096-1145 |
| 15107614 | + | Email/Text: BarclaysBankDelaware@tsico.com | Apr 19 2025 00:36:00 | Barclays Bank Delaware, Attn: Correspondence, Po Box 8801, Wilmington, DE 19899-8801 |
| 15107613 | + | Email/Text: BarclaysBankDelaware@tsico.com | Apr 19 2025 00:36:00 | Barclays Bank Delaware, P.o. Box 8803, |

Case 19-23273-GLT   Doc 128   Filed 04/20/25   Entered 04/21/25 00:24:46   Desc
Imaged Certificate of Notice   Page 3 of 6

| District/off: 0315-2 | User: auto | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Apr 18, 2025 | Form ID: pdf900 | Total Noticed: 56 |

| ID | | Method/Email | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | Wilmington, DE 19899-8803 |
| 15107615 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 19 2025 00:50:23 | Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 15107616 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 19 2025 00:50:29 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15117251 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 19 2025 00:50:29 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15140325 | | Email/PDF: bncnotices@becket-lee.com | Apr 19 2025 00:50:31 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15107617 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 19 2025 00:50:29 | Chase Card Services, Po Box 15369, Wilmington, DE 19850-5369 |
| 15107618 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 19 2025 00:50:34 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850-5298 |
| 15147530 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 19 2025 00:50:30 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 15107619 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 19 2025 00:36:00 | Comenity Bank/New York & Co., Po Box 182789, Columbus, OH 43218-2789 |
| 15107620 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 19 2025 00:36:00 | Comenitybank/New York, Attn: Bankruptcy, Po Box 18215, Columbus, OH 43218 |
| 15107623 | | Email/Text: mrdiscen@discover.com | Apr 19 2025 00:36:00 | Discover Financial, Attn: Bankruptcy Department, Po Box 15316, Wilmington, DE 19850 |
| 15107621 | | Email/Text: mrdiscen@discover.com | Apr 19 2025 00:36:00 | Discover Financial, PO Box 15316, Wilmington, DE 19850 |
| 15111091 | | Email/Text: mrdiscen@discover.com | Apr 19 2025 00:36:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15146646 | + | Email/Text: kburkley@bernsteinlaw.com | Apr 19 2025 00:36:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15107625 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 19 2025 00:50:31 | FRDM/Citibank, Citibank Corp/Centralized Bankruptcy, Po Box 790034, Saint Louis, MO 63179-0034 |
| 15319435 | | Email/Text: Bankruptcy@Freedommortgage.com | Apr 19 2025 00:36:00 | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| 15146192 | | Email/Text: JCAP_BNC_Notices@jcap.com | Apr 19 2025 00:36:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 15125597 | + | Email/Text: RASEBN@raslg.com | Apr 19 2025 00:36:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 15107627 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 19 2025 00:50:35 | Kohls/Capital One, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-5660 |
| 15107628 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 19 2025 00:50:22 | Kohls/Capital One, Kohls Card Support/Bankruptcy, Po Box 3120, Milwaukee, WI 53201-3120 |
| 15140086 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 19 2025 00:50:23 | LVNV Funding LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15107629 | + | Email/PDF: resurgentbknotifications@resurgent.com | Apr 19 2025 00:50:24 | LVNV Funding/Resurgent Capital, Po Box 1269, Greenville, SC 29602-1269 |
| 15107630 | + | Email/PDF: resurgentbknotifications@resurgent.com | Apr 19 2025 00:50:29 | LVNV Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 15107633 | + | Email/PDF: bankruptcy_prod@navient.com | | |

| District/off: 0315-2 | User: auto | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Apr 18, 2025 | Form ID: pdf900 | Total Noticed: 56 |

| Recip ID | | Notice Type | Time Sent | Name and Address |
|---|---|---|---|---|
| | | | Apr 19 2025 00:50:29 | Navient, Attn: Bankruptcy, Po Box 9640, Wilkes-Barre, PA 18773-9640 |
| 15107632 | + | Email/PDF: bankruptcy_prod@navient.com | Apr 19 2025 00:50:34 | Navient, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 15124084 | | Email/Text: GUARBKe-courtdocs@ascendiumeducation.org | Apr 19 2025 00:35:00 | Navient Solutions, LLC. on behalf of, Ascendium Education Solutions Inc, PO BOX 8961, Madison, WI 53708-8961 |
| 15147644 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 19 2025 00:50:29 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15111689 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 19 2025 00:50:25 | Pinnacle Credit Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15143001 | | Email/Text: bnc-quantum@quantum3group.com | Apr 19 2025 00:36:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15148211 | | Email/Text: bankruptcy@roundpointmortgage.com | Apr 19 2025 00:36:00 | RoundPoint Mortgage Servicing Corporation, 446 Wrenplace Road, Fort Mill, SC 29715 |
| 15127372 | + | Email/Text: ebnjts@grblaw.com | Apr 19 2025 00:36:00 | Ross Township, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219-6101 |
| 15107634 | ^ | MEBN | Apr 19 2025 00:35:37 | RoundPoint Mortgage Servicing Corp., 5032 Parkway Plaza Blvd, Charlotte, NC 28217-1918 |
| 15107635 | ^ | MEBN | Apr 19 2025 00:35:27 | RoundPoint Mortgage Servicing Corporatio, Attn: Bankruptcy, Po Box 19409, Charlotte, NC 28219-9409 |
| 15107637 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 19 2025 00:50:25 | Syncb/Levin Furniture, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15107636 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 19 2025 00:50:22 | Syncb/Levin Furniture, Po Box 965036, Orlando, FL 32896-5036 |
| 15108376 | ^ | MEBN | Apr 19 2025 00:35:43 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15107639 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 19 2025 00:50:23 | Synchrony Bank/ Old Navy, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15107638 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 19 2025 00:50:24 | Synchrony Bank/ Old Navy, Po Box 965005, Orlando, FL 32896-5005 |
| 15660465 | + | Email/Text: nsm_bk_notices@mrcooper.com | Apr 19 2025 00:36:00 | U.S. Bank National Association, et al.,, c/o Rushmore Servicing, PO BOX 619096, Dallas, TX 75261-9096 |
| 15504567 | + | Email/Text: nsm_bk_notices@mrcooper.com | Apr 19 2025 00:36:00 | US Bank National Association, not in its indiv, capacity solely as trustee for RMTP, Trust, Series 2021 Cottage-TT-V, c/o Rushmore Loan Management Services, P.O. Box 55004, Irvine, CA 92619-5004 |

TOTAL: 50

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Freedom Mortgage Corporation |
| cr | | RoundPoint Mortgage Servicing Corporation |
| cr | | U.S. Bank National Association, et al., c/o Rushm |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15122190 | *P++ | AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL, PO BOX 183853, ARLINGTON TX 76096-3853, address filed with court:, Americredit Financial Services, Inc., Dba GM Financial, P.O Box 183853, Arlington, TX 76096 |
| 15107624 | *P++ | DISCOVER FINANCIAL SERVICES LLC, PO BOX 3025, NEW ALBANY OH 43054-3025, address filed with court:, Discover |

| District/off: 0315-2 | User: auto | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Apr 18, 2025 | Form ID: pdf900 | Total Noticed: 56 |

| | | |
|---|---|---|
| 15107622 | *P++ | Financial, Attn: Bankruptcy Department, Po Box 15316, Wilmington, DE 19850<br>DISCOVER FINANCIAL SERVICES LLC, PO BOX 3025, NEW ALBANY OH 43054-3025, address filed with court:, Discover Financial, Pob 15316, Wilmington, DE 19850 |

TOTAL: 3 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 20, 2025                           Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 18, 2025 at the address(es) listed below:

**Name**    **Email Address**

Denise Carlon
on behalf of Creditor RoundPoint Mortgage Servicing Corporation dcarlon@kmllawgroup.com

Jeffrey Hunt
on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

Jeffrey R. Hunt
on behalf of Creditor Ross Township jhunt@grblaw.com

Kenneth Steidl
on behalf of Debtor Jeffrey T. Rees julie.steidl@steidl-steinberg.com
ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;bwilhelm@steidl-steinberg.com

Kenneth Steidl
on behalf of Joint Debtor Jennifer L. Rees julie.steidl@steidl-steinberg.com
ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;bwilhelm@steidl-steinberg.com

Keri P. Ebeck
on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com
btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

Lauren Moyer
on behalf of Creditor Rushmore Loan Management Services  LLC as servicer for U.S. Bank National Association, not in its individual capacity but solely as trustee for RMTP Trust, Series 2021 Cottage-TT-V bkecf@friedmanvartolo.com, bankruptcy@friedmanvartolo.com

Lauren Moyer
on behalf of Creditor Rushmore Servicing as servicer for U.S. Bank National Association  not in its individual capacity but solely as trustee for RMTP Trust, Series 2021 Cottage TT-V bkecf@friedmanvartolo.com, bankruptcy@friedmanvartolo.com

Lauren Moyer
on behalf of Creditor Nationstar Mortgage LLC as Servicer for U.S. Bank National Association  not in its individual capacity but solely as trustee for RMTP Trust, Series 2021 Cottage-TT-V bkecf@friedmanvartolo.com, bankruptcy@friedmanvartolo.com

Mario J. Hanyon
on behalf of Creditor Freedom Mortgage Corporate wbecf@brockandscott.com  mario.hanyon@brockandscott.com

Mario J. Hanyon
on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com  mario.hanyon@brockandscott.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

District/off: 0315-2 | User: auto | Page 5 of 5
Date Rcvd: Apr 18, 2025 | Form ID: pdf900 | Total Noticed: 56

S. James Wallace
                on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com

TOTAL: 14